| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | WILLIAM S. WONG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　) 2:09-CR-092 EJG
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　 ) STIPULATION AND ORDER
　　　　　　　　　　　　　　　　) TO RESET STATUS CONFERENCE
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
JERRY RAY JONES,　　　　　　　 ) DATE: April 17, 2009
　　　　　　　　　　　　　　　　) TIME: 10:00 a.m.
　　　　　Defendant.　　　　　　) CRTRM: Hon. Edward J. Garcia
_____)

　　　　The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States for the Eastern District of California, and William S. Wong, Assistant U.S. Attorney, and the defendant Jerry Ray Jones, through his counsel, Hayes Gable, III, Esq., hereby stipulate and agree that the status conference scheduled for April 17, 2009, be continued to June 5, 2009, at 10:00 a.m.

　　　　At the request of defendant's counsel, Hayes Gable, the government is filing this stipulation and order because counsel Gable is unavailable because he is currently in trial in Yolo County and will not be available for a status conference until June 5, 2009. Furthermore, counsel Gable advises that the defendant needs additional time to adequately prepare and investigate this case.

1　　Stipulation and [Proposed] Order

The parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T4 - continuity of counsel and reasonable time to prepare. The parties agree that the time be excluded under this provision for the reasons stated above from April 17, 2009, to and including June 5, 2009.

DATED: April 16, 2009     Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ WILLIAM S. WONG
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: April 16, 2009     /s/ WILLIAM S. WONG for
HAYES GABLE, III, Esq.
Counsel for Defendant Jones

## **ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that this matter be set for further status conference on June 5, 2009, at 10:00 a.m., and that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from April 17, 2009, to and including June 5, 2009.

DATED: April 16, 2009     /s/ Edward J. Garcia
EDWARD J. GARCIA
U.S. District Judge