1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11              Plaintiff,                        No. CR.S-09-0072 FCD

12        v.

13   JERRY RAY JONES,                            **RELATED CASE ORDER**

14              Defendant.
     _____/

15
     UNITED STATES OF AMERICA,
16
                Plaintiff,                        No. CR.S-09-0092 EJG
17
          v.
18
     JERRY RAY JONES,
19
                Defendant.
20   _____/

21        Examination of the above-entitled actions reveals that they are related within the meaning

22   of Local Rule 83-123(a) (E.D. Cal. 1997).  These actions arise from the same law enforcement

23   investigation into similar series of transactions and events, involve similar questions of both fact

24   and law, involve the same parties, and would therefore entail a substantial duplication of labor if

25   heard by different judges. Accordingly, the assignment of the matters to the same judge is likely

26   to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

27        The parties should be aware that relating the cases under Local Rule 83-123 merely has

28   the result that these actions are assigned to the same judge; no consolidation of the actions is

effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0092 EJG is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as **CR. S-09-0092 FCD**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  June 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2