1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JERRY RAY JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. S-09-072 FCD |
|---|---|
| Plaintiff, | CR. S-09-092 FCD |
| vs. | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| **JERRY RAY JONES,** | |
| Defendant. | Hon. Frank C. Damrell, Jr. |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong, and defendant Jerry Ray Jones, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, September 28, 2009, and to continue the matter to October 5, 2009, at 10:00 a.m., for status conference.

The reason for this continuance is that the defendant has recently received discovery and requires additional time to review same. The parties further agree and stipulate that the period for the filing of this stipulation until October 5, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

1  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
2  public's interest in commencing trial within 70 days.
3  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5  IT IS SO STIPULATED
6  DATE: September 25, 2009

        s/Hayes H. Gable, III
        **HAYES H. GABLE, III**
        Attorney for Defendant
        JERRY RAY JONES

10  DATE: September 25, 2009

        s/Hayes H. Gable, III for
        **WILLIAM S. WONG**
        Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

14  For the reasons set forth in the accompanying stipulation and declaration of
15  counsel, the status conference in the above-entitled action is continued to October 5,
16  2009. The court finds excludable time in this matter from September 28, 2009, through October
17  5, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel
18  and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by
19  the parties, the Court finds that the interest of justice served by granting the requested
20  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
21  U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).
22  IT IS SO ORDERED.

24  DATED: September 25, 2009

**FRANK C. DAMRELL, JR.**
UNITED STATES DISTRICT JUDGE