1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JERRY RAY JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. S-09-092 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **JERRY RAY JONES,** | |
| Defendant. | Hon. Frank C. Damrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong, and defendant Jerry Ray Jones, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing status conference date in the above-captioned action, April 26, 2010, and to continue the matter to May 10, 2010 at 10:00 a.m., for status conference.

The reason for this continuance is that the parties require additional time to attempt to negotiate a plea agreement in this matter. The parties further agree and stipulate that the period from the filing of this stipulation until May 10, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: April 23, 2010

                                                s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
JERRY RAY JONES

DATE: April 23, 2010

                                                s/Hayes H. Gable, III for
**WILLIAM S. WONG**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to May 10, 2010. The court finds excludable time in this matter from April 26, 2010 through May 10, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATE: April 23, 2010

                                                FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE