HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JERRY RAY JONES,** | CR. S-09-092 FCD <br><br> STIPULATION RE-SCHEDULING SENTENCING HEARING AND AMENDING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT; **ORDER** |

Defendant Jerry Ray Jones, through his attorney of record, Hayes H. Gable III., and Assistant United States Attorney, William S. Wong, after consultation with Senior United States Probation Officer Thomas H. Brown, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following revised disclosure schedule for sentencing filings in this case:

1. The parties stipulate and agree that the sentencing hearing in this case should be continued from November 1, 2010 at 10:00 a.m. to November 22, 2010 at 10:00 a.m.

2. The parties further stipulate and agree that the sentencing filings in this case are to be made and due as follows:

    a. Reply or Statement of non-opposition due November 15, 2010.

b. Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than November 8, 2010.

c. The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than November 1, 2010.

d. Counsel's written informal objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than October 25, 2010.

e. The Proposed Pre-Sentence Report shall be disclosed to counsel no later than October 4, 2010.

**IT IS SO STIPULATED.**

Dated:  August 25, 2010                    /s/ William S. Wong
                                           WILLIAM S. WONG
                                           Asst. U.S. Attorney

Dated:  August 25, 2010                    /s/ Hayes H. Gable III
                                           HAYES H. GABLE III
                                           Attorney for Defendant
                                           JERRY RAY JONES

**IT IS SO ORDERED.**

Dated: August 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2