# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jerry Ray Jones, aka: Jerry Wallace     **Docket Number:**   0972 2:09CR00092

**Name of Judicial Officer**:   United States District Judge John A. Mendez

**Date of Original Sentence:**   12/06/2010

**Original Offense:** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (Class C Felony)

**Original Sentence:** 92 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; No Firearms; DNA Collection

**Special Conditions:**

1) Warrantless Search
2) Financial Restrictions
3) Financial Disclosure
4) Drug/Alcohol Treatment
5) Drug Testing
6) No Alcohol Consumption
7) Mental Health Treatment
8) Aftercare Co-Payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   To commence 02/12/2016

**Other Court Actions:**  None

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

9. The defendant shall reside and participate in a residential community corrections center, Geo Care - Cornell, Oakland, CA., for a period of up to 180 days pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Jerry Ray Jones is currently on prerelease status at the Residential Reentry Center (RRC), Geo Services, in Oakland, California. He is scheduled to complete his sentence and be released on February 12, 2016. Jones has been unable to secure a residence in the community; therefore, I am recommending that he be allowed to reside in the RRC, as a public law resident, upon completion of his prison sentence. Jones is in agreement with this recommendation as evidenced by his signature on the attached Waiver of Hearing form. I recommend that Jones' conditions of supervision be modified to include placement at the RRC for up to 180 days.

Respectfully submitted,

**/s/ Sara Gnewikow**

**Sara Gnewikow**
**United States Probation Officer**
Telephone: 916-930-4312

**DATED:** 1/29/2016

Reviewed by,

**/s/ George A. Vidales**

**George A. Vidales**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  January 29, 2016**

/s/ John A. Mendez_____
**John A. Mendez**
**United States District Court Judge**

CC:

United States Probation

Assistant United States Attorney:  William S. Wong

Defense Counsel:  Hayes H. Gable, III