HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
JERRY RAY JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY RAY JONES,<br><br>Defendant. | Case No. 2:09-cr-0092-JAM<br><br>**RELEASE ORDER**<br><br>Judge: Hon. John A. Mendez |

The Court orders Jerry Ray Jones released from custody by 9:00 a.m. on Wednesday, May 25, 2016, for transport by the probation officer to the Wellspace residential treatment facility.

IT IS SO ORDERED.

Dated: May 24, 2016

HON. JOHN A. MENDEZ
United States District Judge

Release Order [Proposed]            -1-            U.S. v Jones, 09-cr-92